UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| DAWN STENSTROM, GUARDIAN AD LIEM FOR L.M.J.,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PIERRE, a municipal corporation, its agents, subsidiaries and employees, ROBERT GRANDPRE, Chief of Police, JOHN AND JANE DOES 1-4 individually and in their official capacity,<br><br>    Defendants. | CIV 14-3010<br><br>**STIPULATION FOR JUDGMENT OF DISMISSAL** |

    Plaintiffs and Defendants, by and through their counsel of record who have full authority to do so, hereby stipulate and agree that this action may be dismissed up its merits, with prejudice and without cost to any party, and that the Court may enter a judgment of dismissal pursuant to this Stipulation without further hearing or notice.

    Dated this 26 day of October, 2015.

                                    MAY, ADAM, GERDES & THOMPSON

                                    BY: _____
                                          Robert B. Anderson
                                          Attorneys for Defendants
                                          503 S. Pierre St.
                                          PO Box 160
                                          Pierre, SD 57501
                                          605-224-8803

Dated this 26 day of October, 2015

                           HANNA LAW OFFICE

                           BY: _____
                           Dana Hanna
                           Attorneys for Plaintiff
                           PO Box 3080
                           Rapid City, SD 57709
                           605-791-1832